

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EX PARTE: JUAN VALERO, | § | No. 08-22-00172-CR |
| Appellant. | § | Appeal from the |
| | § | 384th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20200D05272) |
| | § | |

**O R D E R**

The reporter's record was filed on September 22, 2022. Pursuant to Tex.R.App.P. 31.1, the Court sets the following brief schedule: Appellant's brief shall be due in this Court on or before October 22, 2022 and the State's brief shall be due no later than thirty days after the Appellant's brief is filed with this Court. A submission date will be determined at a later date and the parties will be provided with advanced notice of the setting. *See* Tex.R.App.P. 39.8.

IT IS SO ORDERED this 23rd day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.